IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN PARADYSZ, on behalf of himself and all others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 4:17-cv-00655 |
| STAR HOME HEALTH, INC. and CLEMENTINA IKWUEZUNMA, | § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Joint Stipulation of Dismissal with Prejudice came on for consideration by the Court. The Court, having considered the matter, finds and concludes that all Plaintiffs and Defendants have agreed to settle and compromise all matters at issue between them. Therefore, the settlement is approved and all of the Plaintiffs' claims and causes of action against the Defendants are dismissed with prejudice. All attorneys' fees and costs of Court are to be borne by the parties incurring the same. The court retains jurisdiction to enforce the settlement. This is a final judgment.

SIGNED THIS _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE